```
BENJAMIN B. WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>   v.<br>STEVEN BRENT ETHRIDGE,<br>               Defendant. | CR. NO.  11-360-04-WBS<br><br>(Related Case CR. NO. 11-491-EFB)<br><br>MOTION TO DISMISS CERTAIN<br>COUNTS IN 11-360-WBS AND<br>(~~proposed~~) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), dismissing without prejudice only the following counts in 11-360-WBS and only as to defendant Steven Brent Ethridge:

**INDICTMENT**

| Count | Offense | Description |
|---|---|---|
| 1 | 18 USC 371 | Conspiracy (to commit bank fraud and possess stolen U.S. Mail) |
| 17 | 18 USC 1344(2) | Bank Fraud |
| 32 | 18 USC 1708 | Possession of Stolen U.S. Mail |

Before Magistrate Brennan, via another charging document (Information in CR 11-491-efb) and via plea agreement, defendant

Ethridge was convicted (on 12/5/11) and sentenced (on 2/27/12) for misdemeanor bank larceny in violation of 18 USC 2113(b) and 2.

DATED: 2/27/2012                    BENJAMIN WAGNER
                                    U.S. Attorney
                                            /s/Michelle Rodriguez
                                    By  _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice Counts 1, 17, and 32 of the Indictment -- only as to Ethridge -- in the above referenced case, CR No 11-360-WBS, is GRANTED.  By this Order (dismissal of felony charges), there is no effect on the misdemeanor convictions against defendant Ethridge in Magistrate Court.

DATED:     February 27, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE